SHA-1 Hash: 121AC0B46088E7C235A23D4379BE65A1840E9B77    **Title:** X-Art Siterip #1
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 108.35.137.105 | 5/3/2012 9:39 | Jersey City | NJ | Verizon Internet Services | BitTorrent |
| 2 | 173.61.137.155 | 7/26/2012 22:23 | Allentown | NJ | Verizon Internet Services | BitTorrent |
| 3 | 173.63.253.25 | 7/31/2012 3:17 | Long Branch | NJ | Verizon Internet Services | BitTorrent |
| 4 | 72.80.163.246 | 7/17/2012 7:12 | Carteret | NJ | Verizon Internet Services | BitTorrent |
| 5 | 74.102.150.134 | 7/14/2012 3:56 | Irvington | NJ | Verizon Internet Services | BitTorrent |
| 6 | 74.105.190.142 | 8/1/2012 3:15 | Newark | NJ | Verizon Internet Services | BitTorrent |
| 7 | 96.240.10.171 | 7/16/2012 3:52 | Chatham | NJ | Verizon Internet Services | BitTorrent |
| 8 | 96.242.29.97 | 7/31/2012 21:05 | Springfield | NJ | Verizon Internet Services | BitTorrent |
| 9 | 174.57.21.69 | 5/7/2012 22:50 | Audubon | NJ | Comcast Cable | BitTorrent |
| 10 | 174.57.217.112 | 6/21/2012 12:23 | Villas | NJ | Comcast Cable | BitTorrent |
| 11 | 24.0.139.210 | 7/23/2012 20:03 | Trenton | NJ | Comcast Cable | BitTorrent |
| 12 | 24.0.184.238 | 7/31/2012 4:41 | East Orange | NJ | Comcast Cable | BitTorrent |
| 13 | 24.0.51.158 | 7/23/2012 19:36 | Bridgeton | NJ | Comcast Cable | BitTorrent |
| 14 | 68.36.171.246 | 6/19/2012 3:34 | Vineland | NJ | Comcast Cable | BitTorrent |
| 15 | 68.36.248.162 | 7/25/2012 5:23 | Livingston | NJ | Comcast Cable | BitTorrent |
| 16 | 68.36.94.118 | 7/17/2012 22:57 | Princeton Junction | NJ | Comcast Cable | BitTorrent |
| 17 | 68.37.72.67 | 7/19/2012 23:34 | Forked River | NJ | Comcast Cable | BitTorrent |
| 18 | 68.38.139.168 | 7/24/2012 6:41 | Port Murray | NJ | Comcast Cable | BitTorrent |
| 19 | 68.45.25.136 | 7/15/2012 3:11 | West Orange | NJ | Comcast Cable | BitTorrent |
| 20 | 68.46.108.69 | 5/13/2012 22:01 | Cherry Hill | NJ | Comcast Cable | BitTorrent |
| 21 | 68.46.46.102 | 7/21/2012 10:11 | Middletown | NJ | Comcast Cable | BitTorrent |
| 22 | 69.141.46.161 | 5/1/2012 16:41 | Jersey City | NJ | Comcast Cable | BitTorrent |

EXHIBIT A

CNJ16