Doe #1

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/03/2012 09:39:34 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/03/2012 09:39:34 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/03/2012 09:39:34 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/03/2012 09:39:34 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/03/2012 09:39:34 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/03/2012 09:39:34 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/03/2012 09:39:34 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/03/2012 09:39:34 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/03/2012 09:39:34 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/03/2012 09:39:34 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/03/2012 09:39:34 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/03/2012 09:39:34 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/03/2012 09:39:34 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/03/2012 09:39:34 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/03/2012 09:39:34 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/03/2012 09:39:34 |

**Total Statutory Copyright Infringements for Doe #1: 16**

Doe #2

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/26/2012 22:23:04 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/26/2012 22:23:04 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/26/2012 22:23:04 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/26/2012 22:23:04 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/26/2012 22:23:04 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/26/2012 22:23:04 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/26/2012 22:23:04 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/26/2012 22:23:04 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/26/2012 22:23:04 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/26/2012 22:23:04 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/26/2012 22:23:04 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/26/2012 22:23:04 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/26/2012 22:23:04 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/26/2012 22:23:04 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/26/2012 22:23:04 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/26/2012 22:23:04 |

**Total Statutory Copyright Infringements for Doe #2: 16**

EXHIBIT C

Doe #3

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/31/2012 03:17:37 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/31/2012 03:17:37 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/31/2012 03:17:37 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/31/2012 03:17:37 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/31/2012 03:17:37 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/31/2012 03:17:37 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/31/2012 03:17:37 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/31/2012 03:17:37 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/31/2012 03:17:37 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/31/2012 03:17:37 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/31/2012 03:17:37 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/31/2012 03:17:37 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/31/2012 03:17:37 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/31/2012 03:17:37 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/31/2012 03:17:37 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/31/2012 03:17:37 |

**Total Statutory Copyright Infringements for Doe #3: 16**

Doe #4

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/17/2012 07:12:43 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/17/2012 07:12:43 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/17/2012 07:12:43 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/17/2012 07:12:43 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/17/2012 07:12:43 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/17/2012 07:12:43 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/17/2012 07:12:43 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/17/2012 07:12:43 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/17/2012 07:12:43 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/17/2012 07:12:43 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/17/2012 07:12:43 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/17/2012 07:12:43 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/17/2012 07:12:43 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/17/2012 07:12:43 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/17/2012 07:12:43 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/17/2012 07:12:43 |

**Total Statutory Copyright Infringements for Doe #4: 16**

EXHIBIT C

CNJ16

Doe #5

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/14/2012 03:56:05 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/14/2012 03:56:05 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/14/2012 03:56:05 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/14/2012 03:56:05 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/14/2012 03:56:05 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/14/2012 03:56:05 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/14/2012 03:56:05 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/14/2012 03:56:05 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/14/2012 03:56:05 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/14/2012 03:56:05 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/14/2012 03:56:05 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/14/2012 03:56:05 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/14/2012 03:56:05 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/14/2012 03:56:05 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/14/2012 03:56:05 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/14/2012 03:56:05 |

**Total Statutory Copyright Infringements for Doe #5:  16**

Doe #6

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 08/01/2012 03:15:20 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 08/01/2012 03:15:20 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 08/01/2012 03:15:20 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 08/01/2012 03:15:20 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 08/01/2012 03:15:20 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 08/01/2012 03:15:20 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 08/01/2012 03:15:20 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 08/01/2012 03:15:20 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 08/01/2012 03:15:20 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 08/01/2012 03:15:20 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 08/01/2012 03:15:20 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 08/01/2012 03:15:20 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 08/01/2012 03:15:20 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 08/01/2012 03:15:20 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 08/01/2012 03:15:20 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 08/01/2012 03:15:20 |

**Total Statutory Copyright Infringements for Doe #6:  16**

EXHIBIT C

Doe #7

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/16/2012 03:52:51 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/16/2012 03:52:51 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/16/2012 03:52:51 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/16/2012 03:52:51 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/16/2012 03:52:51 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/16/2012 03:52:51 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/16/2012 03:52:51 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/16/2012 03:52:51 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/16/2012 03:52:51 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/16/2012 03:52:51 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/16/2012 03:52:51 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/16/2012 03:52:51 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/16/2012 03:52:51 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/16/2012 03:52:51 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/16/2012 03:52:51 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/16/2012 03:52:51 |

**Total Statutory Copyright Infringements for Doe #7: 16**

Doe #8

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/31/2012 21:05:53 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/31/2012 21:05:53 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/31/2012 21:05:53 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/31/2012 21:05:53 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/31/2012 21:05:53 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/31/2012 21:05:53 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/31/2012 21:05:53 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/31/2012 21:05:53 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/31/2012 21:05:53 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/31/2012 21:05:53 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/31/2012 21:05:53 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/31/2012 21:05:53 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/31/2012 21:05:53 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/31/2012 21:05:53 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/31/2012 21:05:53 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/31/2012 21:05:53 |

**Total Statutory Copyright Infringements for Doe #8: 16**

EXHIBIT C

CNJ16

Doe #9

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/07/2012 22:50:31 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/07/2012 22:50:31 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/07/2012 22:50:31 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/07/2012 22:50:31 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/07/2012 22:50:31 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/07/2012 22:50:31 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/07/2012 22:50:31 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/07/2012 22:50:31 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/07/2012 22:50:31 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/07/2012 22:50:31 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/07/2012 22:50:31 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/07/2012 22:50:31 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/07/2012 22:50:31 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/07/2012 22:50:31 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/07/2012 22:50:31 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/07/2012 22:50:31 |

**Total Statutory Copyright Infringements for Doe #9: 16**


Doe #10

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/21/2012 12:23:03 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/21/2012 12:23:03 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/21/2012 12:23:03 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/21/2012 12:23:03 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/21/2012 12:23:03 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/21/2012 12:23:03 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/21/2012 12:23:03 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/21/2012 12:23:03 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/21/2012 12:23:03 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/21/2012 12:23:03 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/21/2012 12:23:03 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/21/2012 12:23:03 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 06/21/2012 12:23:03 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/21/2012 12:23:03 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/21/2012 12:23:03 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/21/2012 12:23:03 |

**Total Statutory Copyright Infringements for Doe #10: 16**

EXHIBIT C

Doe #11

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/23/2012 20:03:05 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/23/2012 20:03:05 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/23/2012 20:03:05 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/23/2012 20:03:05 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/23/2012 20:03:05 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/23/2012 20:03:05 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/23/2012 20:03:05 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/23/2012 20:03:05 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/23/2012 20:03:05 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/23/2012 20:03:05 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/23/2012 20:03:05 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/23/2012 20:03:05 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/23/2012 20:03:05 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/23/2012 20:03:05 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/23/2012 20:03:05 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/23/2012 20:03:05 |

**Total Statutory Copyright Infringements for Doe #11: 16**

Doe #12

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/31/2012 04:41:01 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/31/2012 04:41:01 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/31/2012 04:41:01 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/31/2012 04:41:01 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/31/2012 04:41:01 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/31/2012 04:41:01 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/31/2012 04:41:01 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/31/2012 04:41:01 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/31/2012 04:41:01 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/31/2012 04:41:01 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/31/2012 04:41:01 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/31/2012 04:41:01 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/31/2012 04:41:01 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/31/2012 04:41:01 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/31/2012 04:41:01 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/31/2012 04:41:01 |

**Total Statutory Copyright Infringements for Doe #12: 16**

EXHIBIT C

CNJ16

Doe #13

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/23/2012 19:36:36 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/23/2012 19:36:36 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/23/2012 19:36:36 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/23/2012 19:36:36 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/23/2012 19:36:36 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/23/2012 19:36:36 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/23/2012 19:36:36 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/23/2012 19:36:36 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/23/2012 19:36:36 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/23/2012 19:36:36 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/23/2012 19:36:36 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/23/2012 19:36:36 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/23/2012 19:36:36 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/23/2012 19:36:36 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/23/2012 19:36:36 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/23/2012 19:36:36 |

**Total Statutory Copyright Infringements for Doe #13: 16**

Doe #14

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 06/19/2012 03:34:16 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 06/19/2012 03:34:16 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 06/19/2012 03:34:16 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 06/19/2012 03:34:16 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 06/19/2012 03:34:16 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 06/19/2012 03:34:16 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 06/19/2012 03:34:16 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 06/19/2012 03:34:16 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 06/19/2012 03:34:16 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 06/19/2012 03:34:16 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 06/19/2012 03:34:16 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 06/19/2012 03:34:16 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 06/19/2012 03:34:16 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 06/19/2012 03:34:16 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 06/19/2012 03:34:16 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 06/19/2012 03:34:16 |

**Total Statutory Copyright Infringements for Doe #14: 16**

EXHIBIT C

Doe #15

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/25/2012 05:23:35 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/25/2012 05:23:35 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/25/2012 05:23:35 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/25/2012 05:23:35 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/25/2012 05:23:35 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/25/2012 05:23:35 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/25/2012 05:23:35 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/25/2012 05:23:35 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/25/2012 05:23:35 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/25/2012 05:23:35 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/25/2012 05:23:35 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/25/2012 05:23:35 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/25/2012 05:23:35 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/25/2012 05:23:35 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/25/2012 05:23:35 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/25/2012 05:23:35 |

**Total Statutory Copyright Infringements for Doe #15: 16**

Doe #16

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/17/2012 22:57:36 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/17/2012 22:57:36 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/17/2012 22:57:36 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/17/2012 22:57:36 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/17/2012 22:57:36 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/17/2012 22:57:36 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/17/2012 22:57:36 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/17/2012 22:57:36 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/17/2012 22:57:36 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/17/2012 22:57:36 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/17/2012 22:57:36 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/17/2012 22:57:36 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/17/2012 22:57:36 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/17/2012 22:57:36 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/17/2012 22:57:36 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/17/2012 22:57:36 |

**Total Statutory Copyright Infringements for Doe #16: 16**

EXHIBIT C

CNJ16

Doe #17

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/19/2012 23:34:41 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/19/2012 23:34:41 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/19/2012 23:34:41 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/19/2012 23:34:41 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/19/2012 23:34:41 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/19/2012 23:34:41 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/19/2012 23:34:41 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/19/2012 23:34:41 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/19/2012 23:34:41 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/19/2012 23:34:41 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/19/2012 23:34:41 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/19/2012 23:34:41 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/19/2012 23:34:41 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/19/2012 23:34:41 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/19/2012 23:34:41 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/19/2012 23:34:41 |

**Total Statutory Copyright Infringements for Doe #17: 16**

Doe #18

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/24/2012 06:41:22 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/24/2012 06:41:22 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/24/2012 06:41:22 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/24/2012 06:41:22 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/24/2012 06:41:22 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/24/2012 06:41:22 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/24/2012 06:41:22 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/24/2012 06:41:22 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/24/2012 06:41:22 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/24/2012 06:41:22 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/24/2012 06:41:22 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/24/2012 06:41:22 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/24/2012 06:41:22 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/24/2012 06:41:22 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/24/2012 06:41:22 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/24/2012 06:41:22 |

**Total Statutory Copyright Infringements for Doe #18: 16**

EXHIBIT C

Doe #19

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/15/2012 03:11:21 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/15/2012 03:11:21 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/15/2012 03:11:21 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/15/2012 03:11:21 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/15/2012 03:11:21 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/15/2012 03:11:21 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/15/2012 03:11:21 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/15/2012 03:11:21 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/15/2012 03:11:21 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/15/2012 03:11:21 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/15/2012 03:11:21 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/15/2012 03:11:21 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/15/2012 03:11:21 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/15/2012 03:11:21 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/15/2012 03:11:21 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/15/2012 03:11:21 |

**Total Statutory Copyright Infringements for Doe #19: 16**

Doe #20

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/13/2012 22:01:08 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/13/2012 22:01:08 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/13/2012 22:01:08 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/13/2012 22:01:08 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/13/2012 22:01:08 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/13/2012 22:01:08 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/13/2012 22:01:08 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/13/2012 22:01:08 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/13/2012 22:01:08 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/13/2012 22:01:08 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/13/2012 22:01:08 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/13/2012 22:01:08 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/13/2012 22:01:08 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/13/2012 22:01:08 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/13/2012 22:01:08 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/13/2012 22:01:08 |

**Total Statutory Copyright Infringements for Doe #20: 16**

EXHIBIT C

CNJ16

Doe #21

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 07/21/2012 10:11:20 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 07/21/2012 10:11:20 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 07/21/2012 10:11:20 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 07/21/2012 10:11:20 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 07/21/2012 10:11:20 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 07/21/2012 10:11:20 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 07/21/2012 10:11:20 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 07/21/2012 10:11:20 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 07/21/2012 10:11:20 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 07/21/2012 10:11:20 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 07/21/2012 10:11:20 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 07/21/2012 10:11:20 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 07/21/2012 10:11:20 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 07/21/2012 10:11:20 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 07/21/2012 10:11:20 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 07/21/2012 10:11:20 |

**Total Statutory Copyright Infringements for Doe #21: 16**

Doe #22

| Title | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|
| Carlie Beautiful Blowjob | 03/26/2010 | 11/21/2011 | 05/01/2012 16:41:16 |
| Carlie Big Toy Orgasm | 03/22/2010 | 02/21/2012 | 05/01/2012 16:41:16 |
| Carlie Leila Strawberries and Wine | 05/07/2010 | 11/18/2011 | 05/01/2012 16:41:16 |
| Daddy's Office | 11/12/2010 | 02/21/2012 | 05/01/2012 16:41:16 |
| Jennifer Naughty Angel | 11/05/2010 | 02/21/2012 | 05/01/2012 16:41:16 |
| Just the Two of Us | 11/18/2011 | 03/18/2012 | 05/01/2012 16:41:16 |
| Kat Translucence | 11/20/2009 | 11/19/2011 | 05/01/2012 16:41:16 |
| Katka Cum Like Crazy | 07/07/2010 | 11/21/2011 | 05/01/2012 16:41:16 |
| Katka Sweet Surprise | 08/04/2010 | 11/18/2011 | 05/01/2012 16:41:16 |
| Kristen Girl Next Door | 08/25/2010 | 11/18/2011 | 05/01/2012 16:41:16 |
| Leila Sex on the Beach | 12/22/2010 | 11/21/2011 | 05/01/2012 16:41:16 |
| Megan Morning Bath | 02/12/2010 | 11/18/2011 | 05/01/2012 16:41:16 |
| Mina's Fantasy | 06/25/2010 | 11/23/2011 | 05/01/2012 16:41:16 |
| The Girl in My Shower | 10/23/2009 | 03/30/2012 | 05/01/2012 16:41:16 |
| Tiffany Teenagers in Love | 12/29/2010 | 11/20/2011 | 05/01/2012 16:41:16 |
| Tori The Endless Orgasm | 10/20/2010 | 11/18/2011 | 05/01/2012 16:41:16 |

**Total Statutory Copyright Infringements for Doe #22: 16**

EXHIBIT C

CNJ16