Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>                       Plaintiff,<br><br>v.<br><br>JOHN DOES 1-22,<br>                       Defendants. | Civil Action No. 2:12-cv-05091-SRC-CLW |

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE 22 ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 22 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe 22 was assigned the IP Address 69.141.46.161. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 22 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: November 26, 2012

                                                    Respectfully submitted,

                                                    By:   /s/ *Patrick J. Cerillo*
                                                           Patrick J. Cerillo, Esquire

1

SO ORDERED
STANLEY R. CHESLER, U.S.D.J.